[No. 39585-8-I.    Division One.    May 18, 1998.]

WASHINGTON CAPITAL CORPORATION, *as Assignee, Respondent,* v. NORFIN, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-07926-0, Robert S. Lasnik, J., entered August 20, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Ellington, J.

[No. 39678-1-I.    Division One.    May 18, 1998.]

ROBINSON HOMES, INC., *Respondent,* v. MICHAEL R. MASTRO, SR., ET AL., *Respondents,* SOUND BUILT HOMES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-26563-6, George A. Finkle, J., entered October 16, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Ellington, JJ.

[No. 39826-1-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN LLOYD LEIGH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01454-5, Gerald L. Knight, J., entered November 21, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Baker, J.

[No. 39977-2-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. CLINT ALLEN SCHMIDT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01285-2, Thomas J. Wynne, J., entered December 24, 1996. *Affirmed* by unpublished per curiam opinion.